# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> **Plaintiff,** <br><br> vs. <br><br> **THOMAS MANY GUNS,** <br><br> **Defendant.** | **PO-16-5168-GF-JTJ** <br><br> **VIOLATION:** <br> **6028104** <br><br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $85 and a $30 processing fee for VN 6028104 for a total amount of $115 in full by December 1, 2016.  Payments should be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the Warrant for Arrest is QUASHED.

DATED this 5th day of October, 2016.


John Johnston
United States Magistrate Judge